UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 408-CR-102 |
| ) | |
| GYSBERT OOSTLANDER, ) | |
| WENDY OOSTLANDER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Government having moved the court for leave to dismiss the Indictment without prejudice against Gysbert Oostlander and Wendy Oostlander, pursuant to Rule 48(a), Fed. R. Crim. P., it is hereby

CONSIDERED, ADJUDGED, and DECREED that said motion is GRANTED and the Indictment is hereby dismissed against Gysbert Oostlander and Wendy Oostlander, without prejudice.

SO ORDERED this ___ day of _____, 2008.

_____
HONORABLE B. AVANT EDENFIELD
JUDGE, UNITED STATES DISTRICT COURT